UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSE LAMONDA

    Petitioner,

v.                                    CASE NO. 6:11-cv1488-Orl-28GJK
                                        (6:05-cr-131-Orl28GJK)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Petitioner's Memorandum of Law (Doc. No. 5) was not signed. Accrodingly, it is **ORDERED** that the Memorandum of Law (Doc. No. 5) is **STRICKEN** and shall be removed from the record and returned to Petitioner by the Clerk of the Court. *See* Fed. R. Civ. P. 11(a); Local Rule 1.05(d).

**DONE AND ORDERED** in Chambers at Orlando, Florida, this ___ day of October, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 10/4
Jesse La Monda