UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


JESSE LAMONDA,

     Petitioner,

v.                               CASE NO. 6:11-cv1488-Orl-28GJK
                                    (6:05-cr-131-Orl28GJK)

UNITED STATES OF AMERICA,

     Respondent.

_____/

### ORDER

This case is before the Court on the following motion:

Petitioner's Motion for Reconsideration (Doc. No. 19) is **DENIED.**  Petitioner has demonstrated no basis for reconsideration of the Courts' Order of January 23, 2012 (Doc. No. 18).

     **DONE AND ORDERED** in Chambers at Orlando, Florida this ___ day of February, 2012.


               _____
               JOHN ANTOON II
               UNITED STATES DISTRICT JUDGE


Copies to:
OrlP-2 2/7
Jesse LaMonda
Counsel of Record