UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSE LAMONDA,

    Petitioner,

v.                                          CASE NO. 6:11-cv1488-Orl-28GJK
                                              (6:05-cr-131-Orl28GJK)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This case is before the Court on the following motion:

Petitioner's Motion for Reconsideration (Doc. No. 19) is **DENIED**. Petitioner has demonstrated no basis for reconsideration of the Courts' Order of January 23, 2012 (Doc. No. 18).

**DONE AND ORDERED** in Chambers at Orlando, Florida this ___7___ day of February, 2012.

                                                        JOHN ANTOON II
                                                        UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 2/7
Jesse LaMonda
Counsel of Record