UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


JESSE LAMONDA,

      Petitioner,

-vs-
                                     Case No.  6:11-cv-1488-Orl-28GJK
                            (Criminal Case No.:  6:05-cr-131-Orl-28GJK))

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER

This case is before the Court on Petitioner's Motion for Reconsideration (Doc.

No. 51).  Upon consideration, the motion is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this _/8_ day of

January, 2013.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE


Copies to:
OrlP-2 1/15
Jesse LaMonda
Counsel of Record