UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSE LAMONDA,

    Petitioner,

-vs-                                   Case No. 6:11-cv-1488-Orl-28GJK
                                   (Criminal Case No.: 6:05-cr-131-Orl-28GJK))

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This case is before the Court on Petitioner's Motion for Reconsideration (Doc. No. 51). Upon consideration, the motion is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this ___18___ day of January, 2013.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 1/15
Jesse LaMonda
Counsel of Record