UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSE LAMONDA,

    Petitioner,

-vs-                                          Case No. 6:11-cv-1488-Orl-28GJK
                                          (Criminal Case No.: 6:05-cr-131-Orl-28GJK))

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

This case is before the Court on Petitioner's Third Amended Section 2255 Motion (Doc. No. 53). However, the third amended section 2255 motion is signed by "P.O.A. Berna B. LaMonda." Local Rule 2.01(1) provides that "[n]o person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court . . . ." Berna B. LaMonda is not admitted to practice in the Court, and, therefore, she is not permitted to represent Petitioner in these proceedings. As a result, the third amended section 2255 motion shall be stricken.

Accordingly, it is **ORDERED** as follows:

1. Petitioner's Third Amended Section 2255 Motion (Doc. No. 53) is **STRICKEN** and will not be considered by the Court. The Clerk of the Court is directed

to remove the above-mentioned pleading and all attachments thereto from the record and to return them to Petitioner.

2. Petitioner shall have until February 25, 2013, to file a third amended section 2255 motion. Petitioner shall ensure that it complies with the dictates of paragraph two of the Court's Order of January 9, 2013 (Doc. No. 50). The failure to file a third amended section 2255 motion or the failure to file the third amended section 2255 motion within the dictates of paragraph two of the Court's Order of January 9, 2013 (Doc. No. 50) shall result in this case proceeding as to the claims raised in the second amended 2255 motion (Doc. No. 8) only.

**DONE AND ORDERED** in Chambers at Orlando, Florida this 11 day of February, 2013.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 2/11
Jesse LaMonda
Counsel of Record

2